364 A.2d 724

Commonwealth v. Wright, Appellant.

Submitted April 12, 1976. Patrick T. Kiniry, Assistant Public Defender, for appellant; James A. Nelson, First Assistant District Attorney, and Gerard Long, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 245

Commonwealth v. Zombro, Appellant.

Submitted June 22, 1976. John E. Feather, Jr., Assistant Public Defender, and Joseph C. Mesics, Public Defender, for appellant; Thomas S. Long, Assistant District Attorney, and George E. Christianson, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.